ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JUN -8  PM 2: 36

CLERK OF COURT

| | | |
|---|---|---|
| SUSAN S. BRICKER | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4-15-00202-A |
| GREAT AMERICAN LIFE INSURANCE | § | |
| COMPANY | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME THE PARTIES in the above entitled and numbered cause, by and through their undersigned counsel and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.   All matters in controversy have been compromised and settled between Plaintiff, Susan S. Bricker, and Defendant, Great American Life Insurance Company, and such compromise and settlement are made upon the condition that the parties each bear their own costs and attorney's fees.

Respectfully submitted,

By: _____

WESLEY M. HIGHTOWER
State Bar No. 09618200
weshightower@bhilaw.com

JONATHAN A. CONE
State Bar No. 24078363
jcone@bhilaw.com

BLAIES & HIGHTOWER, L.L.P.
421 W. Third Street, Suite 900
Fort Worth, Texas 76102
817-334-0800 (Telephone)
817-334-0574 (Facsimile)

ATTORNEYS FOR PLAINTIFF

By: _____

Johnathan E. Collins
State Bar No. 24049522
jecollins@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214-740-8000 (Telephone)
214-740-8800 (Facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon counsel of record listed below by Certified Mail/Return Receipt Requested on June _8_, 2015.

Johnathan E. Collins
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

_____
Wesley M. Hightower